# First District Court of Appeal
## State of Florida

-------------------------

No. 1D18-4269

-------------------------

KENNETH RICKERSON,

    Appellant,

v.

GRIEVANCE COORDINATOR
LANGFORD, DEPARTMENT OF
CORRECTIONS,

    Appellee.

-------------------------

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

July 9, 2019

PER CURIAM.

    AFFIRMED.

ROWE, JAY, and M.K. THOMAS, JJ., concur.

-------------------------

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

-------------------------

Kenneth Rickerson, pro se, Appellant.

Ashley Moody, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Appellee.